```
 1 | CLARK COUNTY SCHOOL DISTRICT
   | OFFICE OF THE GENERAL COUNSEL
 2 | S. SCOTT GREENBERG, ESQ.
   | Nevada Bar No. 4622
 3 | 5100 W. Sahara Ave.
   | Las Vegas, Nevada 89146
 4 | (702) 799-5373
   | Attorney for Defendant,
 5 | CLARK COUNTY SCHOOL DISTRICT
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOAN MASON, | CASE NO. 2:15-cv-00188-GMN-GWF |
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS DEFENDANT CLARK COUNTY SCHOOL DISTRICT WITH PREJUDICE** |
| v. | |
| CLARK COUNTY SCHOOL DISTRICT, LLC; MAXIM HEALTHCARE SERVICES, INC., a Foreign Corporation c/b/a MAXIM STAFFING SOLUTIONS; DOES 1 through 25, inclusive; and ROE CORPORATIONS 1 THROUGH 25, inclusive, | |
| Defendants. | |

COMES NOW, Plaintiff and Defendant Clark County School District ("District"), by and through their attorneys of record, and hereby stipulate and agree to dismiss the District from this action, with prejudice, and each party to bear its own costs and attorney's fees. The parties agree that neither party is a prevailing party and neither party will seek any attorney's fees or costs with respect

. . .

. . .

. . .

. . .

. . .

. . .

1  to this action against the District pursuant to any rule, statute
2  or law, whether local, state or federal.
3      THEREFORE, the District is hereby dismissed from this action.
4      DATED this 20th day of February, 2015.

| CLARK COUNTY SCHOOL DISTRICT | KANG & ASSOCIATES, PLLC |
| Office of the General Counsel | Attorneys at Law |

By: /s/ S. Scott Greenberg
S. SCOTT GREENBERG
Nevada Bar No. 4622
5100 W. Sahara Ave.
Las Vegas, Nevada 89146
Attorneys for Defendants

By: /s/ Erica Loyd
ERICA LOYD
Nevada Bar No. 10922
6480 W. Spring Mountain Rd
Suite 1
Las Vegas, NV 89146
Attorneys for Plaintiff

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED: 02/24/2015**

- 2 -