JILL GARCIA
Nevada Bar No. 7805
jill.garcia@ogletreedeakins.com
DANA B. KRULEWITZ
Nevada Bar No. 11180
dana.krulewitz@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendant Maxim Healthcare Services, Inc.
d/b/a Maxim Staffing Solutions*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JOAN MASON, an individual<br><br>Plaintiff,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT, LLC; MAXIM HEALTHCARE SERVICES, INC., a Foreign Corporation d/b/a MAXIM STAFFING SOLUTIONS; DOES 1 through 25, inclusive; and ROE CORPORATIONS 1 through 25, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-00188-GMN-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED** by and between Plaintiff Joan Mason ("Plaintiff") and Defendant Maxim Healthcare Services, Inc. d/b/a Maxim Staffing Solutions ("Defendant"), by and through their respective undersigned counsel, that the above-captioned matter shall be dismissed

///

///

///

with prejudice, each party to bear its own fees and costs.

DATED this 6 day of July, 2015.

KANG & ASSOCIATES, PLLC

_____
Patrick W. Kang
Erica D. Loyd
6480 W. Spring Mountain Road
Suite 1
Las Vegas, Nevada 89146
Telephone: 702.333.4223
*Attorneys for Plaintiff*

DATED this 6th day of July, 2015.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

_____
Jill Garcia
Dana B. Krulewitz
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
*Attorneys for Defendant Maxim Healthcare Services, Inc. d/b/a Maxim Staffing Solutions*

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED:** 07/07/2015.